**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  WEAVER           WILLIE
      (Last)           (First)        (Initial)

Prisoner Number  J-91389

Institutional Address  PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(Enter the full name of plaintiff in this action.)

vs.

RICH CREEK

(Enter the full name of the defendant(s) in this action)

Case No. C 08 0008 JW (PR)
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward.  The court will dismiss any unexhausted claims.]

A.  Place of present confinement  P.S.U

B.  Is there a grievance procedure in this institution?

   YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

   YES (✓)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review.  If you did not pursue a certain level of appeal, explain why.

COMPLAINT                           - 1 -


1. Informal appeal _____

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. **STILL bEING PROCESSED**

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

**WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.**

B. Write the full name of each defendant, his or her official position, and his or her place of employment. **CORRECTIONAL OFFICER RICH CREEK**

COMPLAINT                                   - 2 -

1
2
3
4
5  III.   Statement of Claim.
6        State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  RICH CREEK THE CORRECTIONAL
11  OFFICER DID NOT SIGNED PLAINTIFF
12  CONFIDENTIAL LEGAL MAIL, IN
13  PLAINTIFF PRESENCE, CORRECTIONAL
14  OFFICER RICH CREEK BECAME ANGRY
15  WITH PLAINTIFF BY USEING PROFANITY
16  AND JUST WALKED OFF WITH PLAIN-
17  TIFF CONFIDENTIAL LEGAL MAIL.
18  THE DEFENDANT SHOWED DELIBERATE
19  INDIFFERENCE UNDER THE EIGHT
20  AMENDMENT THAT CONSTITUE CRUEL
21  UNUSUAL PUNISHMENT ON 12/23/07
22  THIRD WATCH.
23  IV.   Relief.
24        Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  LIABILITY DAMAGE 25,000 THOUSAND
27  DOLLARS DUE TO; CONSPIRACY, U.S.
28  CONSTITUTION VIOLATIONS PENAL CODE
   VIOLATION

COMPLAINT                          - 3 -

|   |   |
|---|---|
| 1 | PUNITIVE DAMAGES: 25,000 TWENTY |
| 2 | FIVE THOUSAND dOLLARS DUE TO: MENTAL |
| 3 | ANGUISH, STRESS DISORDER. |
| 4 |   |
| 5 | I declare under penalty of perjury that the foregoing is true and correct. |
| 6 |   |
| 7 | Signed this ___12___ day of ___23_____, 20_07_ |
| 8 |   |
| 9 | _____Willie Weaver_____ |
| 10 | (Plaintiff's signature) |

COMPLAINT                                       - 4 -