```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER                )   C 08       0008
             Plaintiff,      )   CASE NO. _____ JW (PR)
                             )
     vs.                     )   PRISONER'S
                             )   APPLICATION TO PROCEED
     Rich Creek              )   IN FORMA PAUPERIS
                             )
             Defendant.      )
```

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _SACRAMENTO AIRPORT    300 WEEKLY_
5  _1200 MONTHLY_
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                          Yes ___  No ✓
10         self employment
11    b.   Income from stocks, bonds,                       Yes ___  No ✓
12         or royalties?
13    c.   Rent payments?                                   Yes ___  No ✓
14    d.   Pensions, annuities, or                          Yes ___  No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,               Yes ___  No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                                   Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

- 2 -

PRIS. APP. TO PROC. IN FORMA PAUPERIS

|   |   |
|---|---|
| 1 | b.  List the persons other than your spouse who are dependent upon you for |
| 2 | support and indicate how much you contribute toward their support. (NOTE: |
| 3 | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 | THEIR NAMES.). |

5  _____

6  _____

7  5.   Do you own or are you buying a home?           Yes ____ No __✓__

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.   Do you own an automobile?                      Yes ____ No __✓__

10 Make _____ Year _____ Model _____

11 Is it financed? Yes ____ No __✓__ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7.   Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $ _____

17 Do you own any cash? Yes ____ No __✓__ Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)   Yes ____ No __✓__

20 _____

21 8.   What are your monthly expenses?

22 Rent: $ _____ Utilities: _____

23 Food: $ _____ Clothing: _____

24 Charge Accounts:

25 Name of Account            Monthly Payment            Total Owed on This Acct.

26 _____     $ _____     $ _____

27 _____     $ _____     $ _____

28 _____     $ _____     $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  __01/14/08__                    __Willy Weaver__
17        DATE                      SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -